**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | **2:19-cr-50-01** |
| | **)** | |
| **v.** | **)** | |
| | **)** | |
| **VINCENT M. MESSBARGER** | **)** | |

## ORDER OF DISMISSAL

The motion of the government for an order dismissing, without prejudice, the indictment as to defendant VINCENT M. MESSBARGER is GRANTED. The indictment, only as to VINCENT M. MESSBARGER, is hereby dismissed without prejudice.

So ORDERED, this __9th__ day of September 2021.

_____
HON. LISA GODBEY WOOD
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Order of Dismissal
Vincent Messbarger
CR 219-50
Prepared by AUSA Knoche